# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Nicole Leigh Davis,<br><br>　　　　　Defendant. | No. CR-16-08010-001-PCT-SRB<br><br>**ORDER** |

　　　　The Court has considered Defendant's Unopposed Motion to Continue Admit/Deny Hearing (Doc. 72). There being no objection by the Government, and good cause appearing,

　　　　IT IS ORDERED granting Defendant's Unopposed Motion to Continue Admit/Deny Hearing (Doc. 72).

　　　　IT IS FURTHER ORDERED continuing Admit/Deny Hearing from June 3, 2022 to **June 17, 2022 at 4:00 p.m.**, before Judge Willett, courtroom 305.

　　　　The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____.

　　　　Dated this 2nd day of June, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge